68 F.3d 456
 Harold Blake
v.
Joseph Lehman, as Commissioner of Pa. Dept. of Corrections,
Prison Health Services, Inc., Executor and Admininstrator of
Estate of Andrew Domovich, Orlando Fraticello, as
Maintenance Supervisor, Glenn Ober, as Corrections
Electrical Trade Instructor, Bonnie Kibler, as Corrections
Health Care Administrator, Wendy Mildner, as Health Service
Administrator, Joan Guntang, as Medical Records Director
 NO. 95-3197
 United States Court of Appeals,
Third Circuit.
 Sept 18, 1995
 
 Appeal From: W.D.Pa., No. 94-cv-00653,
 Lancaster, J.
 
 
 1
 AFFIRMED.